**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Email: jkrieger@dickinsonwright.com
Gregory P. Gemignani, Esq.
Nevada Bar No. 7346
Email: ggemignani@dickinsonwright.com
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
Email: jmarchello@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:   702-550-4400
Fax:   844-670-6009

*Attorneys for Plaintiff CMC Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CMC HOLDINGS, LLC, a Nevada limited liability company d/b/a Chinook Motor Homes, <br><br>Plaintiff, <br><br>v. <br><br>NEWMAR CORPORATION, an Indiana corporation <br><br>Defendant. | Case No. 2:25-cv-00963-JCM-EJY <br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT NEWMAR CORPORATION TO RESPOND TO COMPLAINT** <br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CMC Holdings, LLC and Defendant Newmar Corporation ("Newmar"), through their respective counsel, that the time for Defendant Newmar to respond to the complaint shall be extended from September 5, 2025, to October 6, 2025, so as to allow the parties an opportunity to explore a resolution of this matter. This extension request is the first sought regarding the subject deadline.

/ / /

/ / /

/ / /

/ / /

1

1  This request is brought for good cause and not for the purpose of delay.

2  Dated: September 5, 2025.

**DICKINSON WRIGHT PLLC**

*/s/ John L. Krieger*
John L. Krieger, Esq.
Nevada Bar No. 6023
Gregory P. Gemignani, Esq.
Nevada Bar No. 7346
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:     702-550-4400
Fax:     844-670-6009

*Attorneys for Plaintiff CMC Holdings, LLC*

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Meng Zhong*
Meng Zhong
Nevada Bar No. 12145
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel:     702-949-8200

**MERCHANT & GOULD P.C.**

Heather Kliebenstein, Esq. (pro hac vice forthcoming)
Andrew S. Ehard, Esq. (pro hac vice forthcoming)
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
Tel:     612-371-5228
Fax:     612-332-9081

*Attorneys for Defendant Newmar Corporation*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   September 5, 2025

