Meng Zhong
NV Bar No.: 12145
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: Meng.Zhong@wbd-us.com

*Attorneys for Newmar Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CMC HOLDINGS, LLC, a Nevada limited liability company d/b/a Chinook Motor Homes,<br><br>　　Plaintiff,<br><br>v.<br><br>NEWMAR CORPORATION, an Indiana corporation<br><br>　　Defendant. | Case No. 2:25-cv-00963-JCM-EJY<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT NEWMAR CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CMC Holdings, LLC and Defendant Newmar Corporation ("Newmar"), through their respective counsel, that the time for Defendant Newmar to respond to the complaint shall be extended from November 5, 2025, to December 5, 2025, so as to allow the parties to continue their work in exploring a resolution of this matter. This extension request is the third sought regarding the subject deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1  This request is brought for good cause and not for the purpose of delay.

2  Dated: November 4, 2025.

**DICKINSON WRIGHT PLLC**  **WOMBLE BOND DICKINSON (US) LLP**

*/s/ John L. Krieger*  
John L. Krieger, Esq.  
Nevada Bar No. 6023  
Gregory P. Gemignani, Esq.  
Nevada Bar No. 7346  
Jordan M. Marchello, Esq.  
Nevada Bar No. 16926  
3883 Howard Hughes Parkway, Suite 800  
Las Vegas, Nevada 89169-0965  
Tel:   702-550-4400

*Attorneys for Plaintiff CMC Holdings, LLC*

*/s/ Meng Zhong*  
Meng Zhong  
Nevada Bar No. 12145  
3993 Howard Hughes Pkwy., Suite 600  
Las Vegas, NV 89169  
Tel:   702-949-8200

Heather Kliebenstein (pro hac vice forthcoming)  
Andrew S. Ehard (pro hac vice forthcoming)  
**MERCHANT & GOULD P.C.**  
150 South Fifth Street, Suite 2200  
Minneapolis, Minnesota 55402  
Tel:   612-371-5228

*Attorneys for Defendant Newmar Corporation*

**ORDER**

**IT IS SO ORDERED**.

_____  
U.S. MAGISTRATE JUDGE

Dated:  November 4, 2025

- 2 -