1  Meng Zhong
   NV Bar No.: 12145
2  WOMBLE BOND DICKINSON (US) LLP
   8488 Rozita Lee Ave., Suite 400
3  Las Vegas, NV  89113
   Tele: 702-949-8200
4  E-mail: Meng.Zhong@wbd-us.com

5  *Attorneys for Newmar Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CMC HOLDINGS, LLC, a Nevada limited liability company d/b/a Chinook Motor Homes,<br><br>Plaintiff,<br><br>v.<br><br>NEWMAR CORPORATION, an Indiana corporation<br><br>Defendant. | Case No. 2:25-cv-00963-JCM-EJY<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT NEWMAR CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CMC Holdings, LLC and Defendant Newmar Corporation ("Newmar"), through their respective counsel, that the time for Defendant Newmar to respond to the complaint shall be extended from December 5, 2025, to January 5, 2026, so as to allow the parties to continue their work in exploring a resolution of this matter. The Parties continue to engage in diligent, good-faith settlement discussions, including the ongoing exchange of revised written term sheets. These negotiations have been productive and are progressing toward a potential resolution. In light of the year-end holidays and existing professional commitments, the Parties request an additional extension to continue these efforts. This extension request is the fourth sought regarding the subject deadline.

/ / /

/ / /

4921-8190-7070.1

This request is brought for good cause and not for the purpose of delay.

Dated: December 4, 2025.

| DICKINSON WRIGHT PLLC | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ John L. Krieger*<br>John L. Krieger, Esq.<br>Nevada Bar No. 6023<br>Gregory P. Gemignani, Esq.<br>Nevada Bar No. 7346<br>Jordan M. Marchello, Esq.<br>Nevada Bar No. 16926<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169-0965<br>Tel:   702-550-4400<br><br>*Attorneys for Plaintiff CMC Holdings, LLC* | */s/ Meng Zhong*<br>Meng Zhong<br>Nevada Bar No. 12145<br>8488 Rozita Lee Ave., Suite 400<br>Las Vegas, NV 89113<br>Tel:   702-949-8200<br><br>Heather Kliebenstein (pro hac vice forthcoming)<br>Andrew S. Ehard (pro hac vice forthcoming)<br>**MERCHANT & GOULD P.C.**<br>150 South Fifth Street, Suite 2200<br>Minneapolis, Minnesota 55402<br>Tel:   612-371-5228<br><br>*Attorneys for Defendant Newmar Corporation* |

**ORDER**

**IT IS SO ORDERED; provided, however, no further extension of time will be granted**.

*[signature]*
U.S. MAGISTRATE JUDGE

Dated: December 5, 2025

- 2 -

4921-8190-7070.1