**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CMC HOLDINGS, LLC, a Nevada limited liability company d/b/a Chinook Motor Homes,

      Plaintiff,

v.

NEWMAR CORPORATION, an Indiana corporation

      Defendant.

Case No. 2:25-cv-00963-JCM-EJY

**JOINT STATUS REPORT**

Plaintiff CMC Holdings, LLC ("CMC" or "Plaintiff") and Defendant Newmar Corporation ("Newmar" or "Defendant") (collectively, the "Parties"), respectfully submit this Joint Status Report pursuant to the Court's January 21, 2026 order (ECF No. 17).

**STATUS OF SETTLEMENT NEGOTIATIONS**

Since the Court's Order granting the stay, the parties have worked diligently to finalize a comprehensive settlement agreement. The parties are now at the very end of the settlement process, having resolved all but one remaining term. Once that final term is resolved, the parties will circulate the agreement for execution and promptly file a stipulation of dismissal.

**REQUEST FOR EXTENSION OF STAY**

The parties respectfully request that the Court extend the stay for an additional thirty-one (31) days, through and including April 6, 2026[1], to permit the parties to complete the settlement. Good cause supports this request, as a brief continued stay will promote judicial economy and conserve resources that would otherwise be expended on litigation the parties intend to resolve imminently.

**CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court extend the stay

---

[1] Because exactly thirty days fall on a Sunday, the Parties have moved the deadline to the following Monday.

4917-0747-1240.2

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

of all proceedings in this case through and including **April 6, 2026**. In the event the parties have not filed a stipulation of dismissal by that date, the parties shall file a joint status report on or before that date advising the Court of the status.

Dated:  March 5, 2026.

| **DICKINSON WRIGHT PLLC** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|

/s/ John L. Krieger
John L. Krieger, Esq.
Nevada Bar No. 6023
Gregory P. Gemignani, Esq.
Nevada Bar No. 7346
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169-0965
Tel: 702-550-4400

*Attorneys for*
*Plaintiff CMC Holdings, LLC*

/s/ Meng Zhong
Meng Zhong
Nevada Bar No. 12145
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
Tel: 702-949-8200

Heather Kliebenstein (pro hac vice forthcoming)
Andrew S. Ehard (pro hac vice forthcoming)
**MERCHANT & GOULD P.C.**
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
Tel: 612-371-5228

*Attorneys for Defendant Newmar Corporation*

**ORDER**

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

Dated: March 10, 2026

- 2 -

4917-0747-1240.2