8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CMC HOLDINGS, LLC, a Nevada limited liability company d/b/a Chinook Motor Homes, | Case No. 2:25-cv-00963-JCM-EJY |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| NEWMAR CORPORATION, an Indiana corporation | |
| Defendant. | |

Plaintiff CMC Holdings, LLC ("CMC" or "Plaintiff") and Defendant Newmar Corporation ("Newmar" or "Defendant") (collectively, the "Parties"), respectfully submit this Joint Status Report pursuant to the Court's March 10, 2026, order (ECF No. 19).

The Parties acknowledge that this Joint Status Report is being filed shortly after the deadline contemplated by the Court's order. Undersigned apologizes for the oversight. The Parties had hoped to finalize the executed settlement documents and file a stipulated dismissal prior to the deadline but were unable to do so.

**STATUS OF SETTLEMENT NEGOTIATIONS**

The Parties are now at the very end of the settlement process: they have finalized the agreement and are gathering signatures to finalize the settlement. Once the signatures are received, the Parties will promptly file a stipulation of dismissal.

**REQUEST FOR EXTENSION OF STAY**

The Parties respectfully request that the Court extend the stay for two weeks, through and **including April 20, 2026**, to permit the parties to complete the settlement. In the event the

///

///

4925-9994-8703.1

Parties have not filed a stipulation of dismissal by that date, the Parties shall file a joint status report on or before that date advising the Court of the status.

Dated:  April 9, 2026.

**DICKINSON WRIGHT PLLC**                    **WOMBLE BOND DICKINSON (US) LLP**

*/s/ John L. Krieger*                         */s/ Meng Zhong*
John L. Krieger, Esq.                         Meng Zhong
Nevada Bar No. 6023                           Nevada Bar No. 12145
Gregory P. Gemignani, Esq.                    8488 Rozita Lee Ave., Suite 400
Nevada Bar No. 7346                           Las Vegas, NV 89113
Jordan M. Marchello, Esq.                     Tel: 702-949-8200
Nevada Bar No. 16926
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169-0965                  Heather Kliebenstein (pro hac vice forthcoming)
Tel: 702-550-4400                             Andrew S. Ehard (pro hac vice forthcoming)
                                              **MERCHANT & GOULD P.C.**
*Attorneys for*                               150 South Fifth Street, Suite 2200
*Plaintiff CMC Holdings, LLC*                 Minneapolis, Minnesota 55402
                                              Tel: 612-371-5228

                                              *Attorneys for Defendant Newmar Corporation*


**ORDER**

**IT IS SO ORDERED**.

UNITED STATES DIRECT JUDGE

Dated:  April 15, 2026

- 2 -

4925-9994-8703.1