**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Email: jkrieger@dickinsonwright.com
Gregory P. Gemignani, Esq.
Nevada Bar No. 7346
Email: ggemignani@dickinsonwright.com
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
Email: jmarchello@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

*Attorneys for Plaintiff CMC Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CMC HOLDINGS, LLC, a Nevada limited liability company d/b/a Chinook Motor Homes, <br><br> Plaintiff, <br><br> v. <br><br> NEWMAR CORPORATION, an Indiana corporation <br><br> Defendant. | Case No. 2:25-cv-00963-JCM-EJY <br><br> **JOINT STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CMC Holdings, LLC and Defendant Newmar Corporation (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss all claims and defenses in this case. The parties state the following in support of this Stipulation to Dismiss:

1.      The parties have reached a confidential agreement resolving all claims and defenses in this case.

2.      Pursuant to Rule 41(a)(1)(ii), the Parties jointly file this Stipulation to Dismiss all remaining claims and defenses in this case pursuant to agreement of the Parties, with each party to bear its own costs and attorneys' fees.

3.      The Parties have also agreed this Court shall maintain jurisdiction for the purpose of making any further orders necessary or proper for the interpretation, modification or enforcement of the terms of the underlying agreement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); *Ortlof v. Silver Bar Mines, Inc.*, 111 F.3d 85, 87-88 (9th Cir. 1997) (applying *Kokkonen* exception).

**IT IS SO STIPULATED.**

Dated:  April 21, 2026.

| **DICKINSON WRIGHT PLLC** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| */s/ John L. Krieger*<br>John L. Krieger, Esq.<br>Nevada Bar No. 6023<br>Gregory P. Gemignani, Esq.<br>Nevada Bar No. 7346<br>Jordan M. Marchello, Esq.<br>Nevada Bar No. 16926<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada  89169-0965<br>Tel:     702-550-4400<br>Fax:     844-670-6009 | */s/ Meng Zhong*<br>Meng Zhong<br>Nevada Bar No. 12145<br>8488 Rozita Lee Avenue, Suite 400<br>Las Vegas, NV 89113<br>Tel:     702-949-8200 |

**MERCHANT & GOULD P.C.**

Heather Kliebenstein, Esq. (pro hac vice forthcoming)
Andrew S. Ehard, Esq. (pro hac vice forthcoming)
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
Tel:     612-371-5228
Fax:     612-332-9081

*Attorneys for Plaintiff CMC Holdings, LLC*

*Attorneys for Defendant Newmar Corporation*

**ORDER**

**IT IS SO ORDERED**.

_____
The Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: _____



2